UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-24532-MGC

JOSE ANTONIO GOVANTES, and all others
Similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

UNLIMITED HEIGHTS SCAFFOLD
SERVICES, LLC,
RICARDO MARTINEZ
JANETTE MARTINEZ,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF COMPLIANCE WITH D.E. 8

Defendants, UNLIMITED HEIGHTS SCAFFOLD SERVICES, LLC, RICARDO MARTINEZ, and JANETTE MARTINEZ (collectively referred to hereinafter as "Defendants") by and though undersigned counsel and pursuant to this Honorable Court's Order, [*D.E. 8*], hereby file their Notice of Compliance with *D.E. 8* and respectfully advise this Honorable Court that they have filed their Response in Opposition to Plaintiff's Statement of Claim and have served Plaintiff with supporting documentation.

Dated this 20th day of November 20, 2018.

                                            Respectfully Submitted,

                                            **USA EMPLOYMENT LAWYERS**
                                            **JORDAN RICHARDS, PLLC**
                                            805 E. Broward Blvd. Suite 301
                                            Fort Lauderdale, Florida 33301
                                            *Counsel for Defendants*

                                            By: */s/ Melissa Scott*
                                            MELISSA SCOTT, ESQUIRE
                                            Florida Bar No. 1010123
                                            JORDAN RICHARDS, ESQUIRE
                                            Florida Bar No. 108372

jordan@jordanrichardspllc.com  
melissa@jordanrichardspllc.com  
jake@jordanrichardspllc.com  
livia@jordanrichardspllc.com  

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was filed and served on all parties listed below via CM/ECF on November 20, 2018.

By: /s/ Melissa Scott  
MELISSA SCOTT, ESQUIRE  
Florida Bar No. 1010123

## SERVICE LIST:

**J.H. ZIDELL, ESQUIRE**
Florida Bar No. 0010121
zabogado@aol.com
**NEIL TOBAK, ESQUIRE**
Florida Bar No. 93940
Ntobak.zidellpa@gmail.com
**RIVKAH F. JAFF, ESQUIRE**
Florida Bar No. 107511
Rivkah.jaff@gmail.com
J. H. ZIDELL, P.A.
300-71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
*Counsel for Plaintiff*