UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-24532-MGC

JOSE ANTONIO GOVANTES, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

UNLIMITED HEIGHTS SCAFFOLD
SERVICES, LLC,
RICARDO MARTINEZ,
JANETTE MARTINEZ,

    Defendants.
_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendants, UNLIMITED HEIGHTS SCAFFOLD SERVICES, LLC, RICARDO MARTINEZ, and JANETTE MARTINEZ (collectively referred to hereinafter as "Defendants") by and though the undersigned counsel and pursuant to *Fed. R. Civ. P. 12*, file their Answer and Affirmative Defenses to Plaintiff's Complaint as follows:

1. Defendants admit that Plaintiff alleges this action pursuant to the Fair Labor Standards Act (FLSA), but Defendants deny any liability whatsoever.

2. Defendants lack sufficient knowledge to admit or deny the allegations, and therefore deny those allegations.

3. Defendants admit that UNLIMITED HEIGHTS SCAFFOLD SERVICES, LLC is a Limited Liability Company that transacts business within the Southern District of Florida, including Miami-Dade County. Defendants deny the remaining allegations.

4. Admitted that Mr. Martinez is a corporate officer; otherwise denied.

5. Admitted that Mrs. Martinez is a corporate officer; otherwise denied.

6. Admitted for jurisdictional and venue purposes only. Denied, however, that any acts or omissions sufficient to give rise to this Complaint have taken place.

## COUNT I: FEDERAL OVERTIME WAGE VIOLATION

7. Admitted that Plaintiff brings his action under the laws of the United States pursuant to *29 USC § 216(b).* Defendants deny the remaining allegations.

8. Admitted for jurisdictional purposes only.

9. This allegation constitutes a legal conclusion that does not require an admission or denial. To the extent that an admission or denial is required, Defendants admit that the language quoted within this paragraph is that of the applicable statute but deny that any violation has occurred.

10. Denied.

11. Denied.

12. Denied.

13. Admitted that the corporate Defendant has grossed in excess of $500,000.00 annually during the relevant time period.

14. Admitted that the corporate Defendant is expected to gross in excess of $500,000 in 2018.

15. Denied.

16. Denied.

17. Denied.

WHEREFORE, Defendants, UNLIMITED HEIGHTS SCAFFOLD SERVICES, LLC, RICARDO MARTINEZ, and JANETTE MARTINEZ, respectfully request that this

Honorable Court enter judgment in their favor and against Plaintiff and enter any and all such further relief as may be deemed just and appreciate under the circumstances.

## JURY DEMAND

Defendants admit that Plaintiff has demanded a trial by jury on all issues so triable for himself and all others similarly situated.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff is not entitled to liquidated damages under the FLSA because Defendants did not willfully, intentionally, or otherwise violate the FLSA, and if any violations are established, Defendants have reasonable and good-faith grounds for believing that they were always in compliance with the FLSA.

### SECOND AFFIRMATIVE DEFENSE

To the extent that any wage violations did occur, any such violations were entirely inadvertent and not willful. Accordingly, the two-year statute of limitation period applies, rather than the three-year statute of limitation period that applies to willful violations under the FLSA.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has not met all of the requirements to bring a collective action under the FLSA; Plaintiff has not shown that there are other similarly situated individuals who are interested in participating in this lawsuit. Indeed, there are no facts to support the class and/or collective certification of Plaintiff's claims. Plaintiff is not an appropriate representative to any putative group of similarly situated persons he purports to represent. Plaintiff's claims are neither common to nor typical of a putative group that he purports to represent in this action.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to allege that he is over the age of eighteen years anywhere within his Complaint. Accordingly, Plaintiff has failed to properly establish that he has the capacity to sue and be sued pursuant to *Fed. R. Civ. P. 17*.

**FIFTH AFFIRMATIVE DEFENSE**

To the extent that Defendants are found to be liable for any violations of the FLSA, the Defendants are entitled to a set-off against loans given to Plaintiff during the course of his employment so long as the set-off does not result in compensation falling below the federally mandated rate.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to state any claim upon which relief may be granted within his Complaint and therefore Plaintiff's Complaint should be dismissed with prejudice.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff is not entitled to overtime for hours not actually worked, such as bona-fide lunch breaks.

**EIGHTH AFFIRMAITVE DEFENSE**

Plaintiff's claims are barred by the provisions of Section 4 of the Portal-to-Portal Act, 29 U.S.C. 254, as to all hours during which he engaged in certain activities that were preliminary or postliminary to his principal activities.

**RESERVATION OF RIGHTS**

Defendants hereby reserve the right to amend or otherwise supplement these defenses during the course of discovery as new information may become available to them throughout the course of these proceedings.

**Dated this 26th day of November, 2018.**

        Respectfully Submitted,

        **USA EMPLOYMENT LAWYERS - JORDAN RICHARDS, PLLC**
        805 E. Broward Blvd. Suite 301
        Fort Lauderdale, Florida 33301
        Ph: (954) 871-0050
        *Counsel for Defendants*

        By: */s/ Jordan Richards*
        MELISSA SCOTT, ESQUIRE
        Florida Bar No. 1010123
        JORDAN RICHARDS, ESQUIRE
        Florida Bar No. 108372
        jordan@jordanrichardspllc.com
        melissa@jordanrichardspllc.com
        jake@jordanrichardspllc.com
        livia@jordanrichardspllc.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing motion was filed and served on all parties listed below via CM/ECF on November 26, 2018.

        By: */s/ Jordan Richards*
        JORDAN RICHARDS, ESQUIRE
        Florida Bar No. 108372

## **SERVICE LIST:**

**J.H. ZIDELL, ESQUIRE**
Florida Bar No. 0010121
zabogado@aol.com
**NEIL TOBAK, ESQUIRE**
Florida Bar No. 93940
Ntobak.zidellpa@gmail.com
**RIVKAH F. JAFF, ESQUIRE**
Florida Bar No. 107511
Rivkah.jaff@gmail.com
J. H. ZIDELL, P.A.
300-71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
*Counsel for Plaintiff*